Atty. Edward A. Voci  evocil@mac.com
1111 South Blvd.
Oak Park IL 60302
tel. 312.287.8624  fax 708.209.1982
Counsel Pro Hac Vice for DEFENDANT CDandLP

Atty. Jay. W. MacIntosh   macintoshj@aol.com
1925 Century Park East, suite 500
Los Angeles CA 90067
Tel. 310.789.2034  fax. 310.479.4629
Designated Local Counsel for  DEFENDANT CDandLP

Adelysha N. Kazay, Plaintiff
23100 Avenue San Luis, #389
Woodland Hills, CA 91364
tel. 818.876.8467

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELYSHAN KAZAY, <br> Plaintiff, <br><br> vs. <br><br> CDandLP, a corporation organized and existing under the law of France, <br> Defendant. | Case No.: 2:06-cv-00633-MMM(PLA) <br><br><br><br> **ORDER** |

THE PARTIES having jointly stipulated and agreed that all matters between all parties have been settled and agreed upon and that this case shall be dismissed with prejudice with each party bearing its own costs and fees IT IS HEREBY ORDERED THAT THIS MATTER IS DISMISSED WITH PREJUDICE AND WITH EACH SIDE BEARING ITS OWN COSTS AND FEES.

Entered: This  9  day of  January, 2008

_Margaret M. Morrow_
JUDGE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE